AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## Central Division for the District of Utah

LUIS SANCHEZ,

        Plaintiff,

        v.

UNIFIED POLICE DEPARTMENT OF
GREATER SALT LAKE, HIRAM
BURNETT, and RYAN NIELSEN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14CV900 JNP

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of Plaintiff and against Defendants in the amount of
$1,000.00, pursuant to the Rule 68 Offer of Judgment made by Defendants and accepted
by Plaintiff.  Each party is to bear its own fees, costs, and expenses.

January 25, 2016

*Date*

D. Mark Jones

*Clerk of Court*

*(By) Deputy Clerk*